UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-20488-CMA

ANDRES GOMEZ,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

_____

## NOTICE OF SETTLEMENT

Defendant TARGET CORPORATION, by and through its undersigned counsel, and on behalf of both parties, hereby gives notice that the parties have reached a settlement in principle and anticipate executing a confidential settlement agreement and submitting a joint stipulation for dismissal with prejudice within forty-five (45) days.

Dated: April 11, 2017      Respectfully submitted,
Boca Raton, FL

    *s/ Adam S. Chotiner*
    ADAM S. CHOTINER, ESQ.
    Florida Bar No. 0146315
    E-Mail: aschotiner@sbwlawfirm.com
    SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
    7777 Glades Rd., Suite 400
    Boca Raton, FL  33434
    Tel:  (561) 477-7800
    Fax:  (561) 477-7722
    Counsel for Defendant

    and

    MATTHEW T. BOOS, ESQ.
    Minnesota Bar No. 237310
    E-Mail: mboos@fredlaw.com
    FREDRIKSON & BYRON, P.A.

200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Tel:  (612) 492-7000
Fax:  (612) 492-7077
Counsel for Defendant
(Admitted *Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Andres Gomez v. Target Corporation*
Case No. 1:17-cv-20488-CMA
United States District Court, Southern District of Florida

| | |
|---|---|
| Scott R. Dinin, Esq.<br>E-Mail: inbox@dininlaw.com<br>Scott R. Dinin, P.A.<br>4200 NW 7th Avenue<br>Miami, FL 33127<br>Tel:   (786) 431-1333<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman<br> & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:   (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF*<br><br>Matthew T. Boos, Esq.<br>Minnesota Bar No. 237310<br>E-Mail: mboos@fredlaw.com<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>Tel:  (612) 492-7000<br>Fax: (612) 492-7077<br>Counsel for Defendant<br>*Via E-Mail* |