## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Civil Action Number:  1:17-cv-20488-CMA

ANDRES GOMEZ,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated this 10th day of May, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Adam S. Chotiner* |
| Scott R. Dinin, Esq. | Adam S. Chotiner, Esq. |
| SCOTT R. DININ, P.A. | SHAPIRO, BLASI, WASSERMAN & |
| 4200 NW 7th Avenue | HERMANN, P.A. |
| Miami, Florida 33127 | 7777 Glades Rd., Suite 400 |
| Tel: (786) 431-1333 | Boca Raton, FL 33434 |
| Fax: (786) 513-7700 | Tel: (561) 477-7800 |
| E-mail: inbox@dininlaw.com | Fax: (561) 477-7722 |
| *Counsel for Plaintiff* | E-Mail: achotiner@sbwh.law |
| | *Counsel for Defendant* |

1